■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESAIX BACKER, Appellant. [661 NYS2d 998] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Appelman, J.), rendered May 1, 1996, convicting him of robbery in the second degree (two counts) and assault in the second degree, after a nonjury trial, and imposing sentence. The appeal brings up for review the denial, after a hearing (Dunlop, J.), of those branches of the defendant's omnibus motion which were to suppress identification evidence and statements made by him to law enforcement officials.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the police were justified in approaching his car, which was idling on the side of a traffic lane (*see, People v Williams,* 167 AD2d 236). Further, the brief detainment of the defendant, who matched the description given by the victim, for a prompt identification was proper given that the robbery had occurred only three blocks away and only 20 minutes earlier (*see, People v Duuvon,* 77 NY2d 541; *People v Hicks,* 68 NY2d 234; *People v Attebery,* 223 AD2d 714).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]; *see also, People v Bynum,* 70 NY2d 858; *People v Brown,* 223 AD2d 550; *People v Udzinski,* 146 AD2d 245), or without merit. Joy, J. P., Goldstein, Florio and Luciano, JJ., concur.